## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID WEBER, on his own behalf and on behalf of his wife, Jill Weber, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>HORIZON HEALTHCARE SERVICES, INC. d/b/a/ HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY;<br><br>Defendant. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Civil Action No. 2:19-cv-13728 (ES) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Except as otherwise agreed, each party shall bear its own costs and attorneys' fees.

Dated: September 8, 2020

| | |
|---|---|
| BUTTACI LEARDI & WERNER LLC | GREENBERG TRAURIG LLP |
| | |
| By: /s/ *John W. Leardi*<br>John W. Leardi, Esq.<br>212 Carnegie Center, Suite 202<br>Princeton, New Jersey 08540<br>Phone: 609-799-5150 | By: */s/ David Jay*<br>David Jay, Esq.<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>Phone: 973-443-3274 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

SO ORDERED.

*s/ Esther Salas*
_____
**Hon. Esther Salas, U.S.D.J**
**Dated**: September 9, 2020